IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC Z. ANDERSON, G31197, ) | |
| ) Plaintiff(s), ) | No. C 15-2048 CRB (PR) |
| ) vs. ) | ORDER OF TRANSFER |
| ) TIM VIRGA, et al., ) | (Dkt. #2, 3 & 6) |
| ) Defendant(s). ) | |

Plaintiff, a prisoner at Pelican Bay State Prison, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging violations of his federal constitutional rights while incarcerated at California State Prison, Sacramento. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Sacramento, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions without prejudice to plaintiff renewing them in the Eastern District.

SO ORDERED.

DATED: May 26, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Anderson, E.15-2048.transfer.wpd