UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TIM VIRGA, et al.,<br><br>  Defendants. | No. 2:15-cv-1148-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. He has inquired into whether he has overpaid the filing fee and is due reimbursement. ECF Nos. 24, 25.

The court's financial records reflect that on March 15, 2016, $26.00 was assessed from plaintiff's prison trust account and credited toward the $350.00 filing fee. On March 31, 2016, an individual paid the outstanding balance of $324.00. Thus, the filing fee has been paid in full and there is no record of overpayment.

Because the filing fee has been paid in full, it is hereby ordered that the California Department of Corrections and Rehabilitation and the Clerk of the Court shall abandon any efforts to collect the filing fee in this case. The Clerk is directed to serve a copy of this order on the Director of CDCR and deliver a copy of this order to the Clerk's financial division.

DATED: June 20, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE