IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ZACHARY ANDERSON,** | Case No. 2:15-cv-1148-KJM-EFB (P) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **TIM VIRGA, et al.,** | |
| Defendants. | |

Defendants Boe, Meier, and Riley requested a sixty-day extension of the Discovery and Scheduling Order's (ECF No. 44) September 1, 2017 deadline to complete discovery and file motions to compel, as well as the December 1, 2017 deadline to file dispositive motions.

For good cause shown, **IT IS HEREBY ORDERED** that Defendants' motion is granted. The September 1, 2017 deadline to complete discovery and file motions to compel, as well as the December 1, 2017 deadline to file dispositive motions are extended by sixty-days (60).

Dated: August 30, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE