IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ZACHARY ANDERSON,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TIM VIRGA, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:15-cv-1148-KJM-EFB (P)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>Judge:　　　The Hon. Edmund F. Brennan<br>Trial Date:　N/A<br>Action Filed: 5/16/2015 |

Defendants S. Riley, F. Boe, and R. Meier have requested a thirty-day extension of time to comply with the Court's order directing them to respond to Plaintiff's discovery requests no later than December 15, 2017 (ECF No. 64). Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants S. Riley, F. Boe, and R. Meier's request for an extension of time is GRANTED;
2. Defendants shall have until January 15, 2018, to respond to Plaintiff's First Set of Requests for Document Production, First Set of Requests for Admissions, and First Set of Interrogatories; and,

/ / /

/ / /

3. Plaintiff may file any motion to compel based on these responses, if needed, no later than thirty days after receipt of the discovery responses.

Dated: December 18, 2017.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE