IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC ZACHARY ANDERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM VIRGA, et al.,**<br><br>Defendants. | Case No. 2:15-cv-1148-KJM-EFB (PC)<br><br>[~~**PROPOSED**~~] **ORDER GRANTING DEFENDANTS' REQUEST FOR MODIFICATION OF SCHEDULING ORDER AND DISPOSITIVE MOTION FILING DEADLINE**<br><br>Judge: The Hon. Edmund F. Brennan<br>Trial Date: N/A<br>Action Filed: 5/16/2015 |

Defendants S. Riley, F. Boe, and R. Meier have requested a modification of the Discovery and Scheduling Order (ECF No. 44) to extend the dispositive motion filing deadline to April 16, 2018. Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants S. Riley, F. Boe, and R. Meier's request for a modification of the Discovery and Scheduling Order is GRANTED; and

2. The parties shall have until April 16, 2018, to file any dispositive motion in this case.

Dated: January 30, 2018.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE