UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC ZACHARY ANDERSON,

          Plaintiff,

     v.

TIM VIRGA, et al.,

          Defendants.

No. 2:15-cv-1148-KJM-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a further extension of time to file his opposition to defendants' April 16, 2018 motion for summary judgment.

Plaintiff's request (ECF No. 84) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

So ordered.

Dated: July 10, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE