1  **WILLIAMS & ASSOCIATES**
   PO Box 22013
2  Sacramento, CA  95822
   (916) 456-1122
3

4  Kathleen J. Williams, CSB #127021
   Martha M. Stringer, CSB #156333
5

6  Attorneys for defendant
   VILLASENOR
7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

| | | |
|---|---|---|
| 10 | ERIC ZACHARY ANDERSON | CASE NO: 2:15-cv-1148 KJM EFB P |
| 11 | Plaintiff, | ~~PROPOSED~~ **ORDER TO MODIFY THE SCHEDULING ORDER** |
| 12 | v. | **Fed. R. Civ. P. 16(b)** |
| 13 | CSP SAC ASSISTANT WARDEN R. MEIER; ASSISTANT CAPTAIN S. RILEY; SGT. F. BOE; C/O VILLASENOR | |
| 15 | Defendants. | |

17      Defendant VILLASENOR seeks an order from the Court, pursuant to Federal
18  Rule of Civil Procedure 16(b)(4), to permit defendant a modification of the scheduling
19  order in this action.
20      Having read defense counsel's request,
21      IT IS HEREBY ORDERED THAT:
22      1.    Defendants' request for a modification of the scheduling order in this
23  action is GRANTED.
24  //
25  //
26  //
27  //
28  *Anderson v. Virga, et al.*[2:15-cv-1148 KJM EFB P][Proposed] Order                                Page 1

2. The deadlines are as follow:

   a. The parties may conduct discovery until December 1, 2018. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than October 1, 2018.

   b. Dispositive motions shall be filed on or before February 1, 2019.

Dated: July 24, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE