UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>TIM VIRGA, et al.,<br><br>Defendants. | No. 2:15-cv-01148-KJM-EFB<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, previously brought this civil rights action under 42 U.S.C. § 1983 and now moves for a preliminary injunction to prevent his transfer to High Desert State Prison where he alleges he will be killed by gang members. Mot., ECF No. 92. Plaintiff alleges "there is a [*sic*] active kill order on [plaintiff] & the last time defendants in this suit sent [him] to a yard with them [plaintiff] was the victim of attempted murder." *Id.* at 1; see also Decl. of Eric Anderson, ECF No. 1 at 5. Although plaintiff alleges he would be transferred on September 27, 2018[1] if an injunction does not issue, he provides a September 24, 2018 notice of classification hearing indicating he is to appear before an institution classification committee "on (or after) 9/27/2018 for review and consideration of . . . Transfer." *Id.* at 7-8

/////

---

[1] Plaintiff's paper filing was received by the court on September 27, and after scanning was conveyed to the undersigned at 10:04 a.m. on September 28.

1

1  (emphasis omitted).  It is therefore unclear when a decision will actually be made regarding
2  transfer or when he will be transferred, if at all.

   In light of plaintiff's serious allegations, the court ORDERS:

   1. The clerk shall serve this order and plaintiff's motion for preliminary injunction (ECF No. 92) on Senior Supervising Deputy Attorney General Monica Anderson; and

   2. Within five calendar days of this order, Ms. Anderson shall respond to the allegations in the request for a preliminary injunction and provide the court will all available documents regarding any pending classification or transfer decision.

DATED: September 28, 2018.

                _____
                UNITED STATES DISTRICT JUDGE