UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIM VIRGA, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1148-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendant Villasenor requests an extension of time to file the pretrial statement directed by the court's April 3, 2019 order.

Defendant Villasenor's request (ECF No. 116) is granted and defendant has 30 days from the date this order is served to file the pretrial statement.

So ordered.

Dated: July 31, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE