IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON<br><br>Plaintiff,<br><br>v.<br><br>CSP SAC ASSISTANT WARDEN R. MEIER; ASSISTANT CAPTAIN S. RILEY; SGT. F. BOE; C/O VILLASENOR<br><br>Defendants. | Case No.:  2:15-cv-1148 KJM EFB P<br><br>**NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

It is hereby stipulated by and between Plaintiff ERIC ZACHARY ANDERSON and DAVID VILLASENOR by and through his counsel of record, that the above-captioned action be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to bear its own costs and attorneys fees.

Dated: 9/15/2020      */s/ Eric Zachary Anderson*
　　　　　　　　　　　ERIC ZACHARY ANDERSON
　　　　　　　　　　　[original signature retained by counsel]

Dated: 10/16/2020              WILLIAMS & ASSOCIATES

By: */s/ Martha M. Stringer*
MARTHA M. STRINGER, CSB #156333
Attorney for defendant VILLASENOR

Pursuant to the foregoing, the Court dismisses the entire case with prejudice.

**IT IS SO ORDERED.**

Dated: December 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE