UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TIM VIRGA, et al.,<br><br>  Defendants. | No. 2: 15-cv-1148 KJM JDP P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2020, a settlement conference was held in this action. This action settled. On October 21, 2020, the parties filed a stipulation to dismiss this action.

On February 24, 2021, plaintiff filed a letter stating that he did not receive the money agreed to in the settlement. Plaintiff is reminded that payment of the settlement money can take up to six months from the date the paperwork is signed.

IT IS HEREBY ORDERED that within fourteen days of the date of this order, defense counsel shall inform the court of the status of the payment of the settlement money.

Dated: March 1, 2021

And1148.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE