UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZACHARY ANDERSON, | No. 2:15-cv-01148-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| TIM VIRGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court writes separately to clarify that the dismissal of this action pursuant to the settlement agreement reached between the parties precludes the court from granting plaintiff any

1

further relief in this action.  The court makes no findings as to whether any of the contentions raised in plaintiff's objections might support one or more cognizable claims for relief in a new civil rights action.  In addition, good cause appearing, the court will direct the Clerk of the Court to send a courtesy copy of plaintiff's objections to counsel for the plaintiff class in *Ashker v. Newsom*, Case No. 4:09-05796 CW (N.D. Cal.).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 19, 2021, are adopted in full;

2. Plaintiff's motion for preliminary injunction (ECF No. 149) is denied; and

3. The Clerk of the Court is directed send a courtesy copy of plaintiff's objections, ECF No. 151, to Carmen E. Bremer, Esq., Bremer Law Group PLLC, 1700 Seventh Avenue, Suite 2100, Seattle, WA 98101.

DATED:  May 23, 2022.

CHIEF UNITED STATES DISTRICT JUDGE